**97–2363. State ex rel. Pollock v. Kenston Local School Dist.**
In Mandamus. Reported at 81 Ohio St.3d 1425, 689 N.E.2d 47. On motion for reconsideration. Motion denied.

**97–2412. Dillard v. Canton Drop Forge, Inc.**
Stark App. No. 1997CA00114. Reported at 81 Ohio St.3d 1428, 689 N.E.2d 49. On motion for reconsideration. Motion denied.

**97–2449. State v. Cantrell.**
Ross App. No. 96CA2255. Reported at 81 Ohio St.3d 1429, 689 N.E.2d 49. On motion for reconsideration. Motion denied.

LUNDBERG STRATTON, J., dissents and would grant the motion for reconsideration and hold this cause for the decision in 97–1778, *State v. Rush,* Stark App. No. 96CA419.

## DISCIPLINARY DOCKET

**97–1739. Lorain Cty. Bar Assn. v. Papcke.**
On February 18, 1998, this court entered an order in this matter and, *inter alia,* ordered that respondent selected supervising attorneys in the practice areas of criminal law and domestic relations and that those attorneys submit reports to the Board of Commissioners on Grievances and Discipline at intervals of six, twelve, and seventeen months after the imposition of the sanction. Upon consideration thereof,

IT IS ORDERED AND ADJUDGED, *sua sponte,* that instead of submitting reports to the board, the above-mentioned supervising attorneys should submit reports to the relator, Lorain County Bar Association, at the intervals indicated in the court's order.

IT IS FURTHER ORDERED, *sua sponte,* that except to the extent modified by this order, the court's February 18, 1998 order remains in effect. See *Lorain Cty. Bar Assn. v. Papcke* (1998), 81 Ohio St.3d 91, at 94, 689 N.E.2d 549, at 551–552.

*Thursday, March 12, 1998*

## MOTION DOCKET

**95–2572. State v. Williams.**
Summit App. No. 16418. Upon consideration of the motion filed by counsel for appellant to stay execution in the above-styled cause pending the exhaustion of state post-conviction remedies, and it appearing from the exhibits to the motion that a petition for post-conviction relief has been filed by appellant with the Summit County Common Pleas Court,

IT IS ORDERED by the court that said motion be, and the same is hereby, granted.

IT IS FURTHER ORDERED by the court that execution of sentence be, and the same is hereby, stayed pending the exhaustion of all proceedings for post-conviction relief before courts of this state, including any appeals.

IT IS FURTHER ORDERED that counsel for the appellant and for the appellee shall notify this court when all proceedings for post-conviction relief before courts of this state have been exhausted.